[PHILADELPHIA, APRIL 8th, 1837.]

## Exparte M'DONALD.

The power of the Governor to grant pardons, does not authorize the remission of the costs to the payment of which a prisoner may have been sentenced upon conviction of an offence.

ON a *habeas corpus* to the keeper of the prison of the county of Philadelphia, to bring up the body of Charles M'Donald, it appeared that the prisoner was in custody under several sentences of the Recorder's Court of the Northern Liberties, &c. at February term, 1837, viz. one for keeping a tippling house, and five for assaults and batteries.

Mr. *Kennedy* for the prisoner, produced two pardons granted by the Governor, viz. one dated the 15th of March, 1837, which remitted first, a sentence upon a conviction of assault and battery, at October term, 1836, of the said court; and secondly, four several convictions at February term, 1837, of the same court, one of which was for a riot, assault and battery; and the other pardon dated the 29th of March, 1837, remitted the costs in a case of assault and battery, tried at October term, 1837.

Mr. *Binns* appeared for the Inspectors of the Prison.

THE COURT said that the costs being the property of the several officers to whom they were payable, could not be remitted by the Governor, who could only absolve from the imprisonment for the offence; and therefore, independently of the variance between the convictions and pardons, the prisoner was not entitled to be discharged.

Prisoner remanded.